# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON

**WM. FREMMING NIELSEN**
*Senior Judge*

Post Office Box 2208
Spokane, Washington 99210-2208
Telephone 509.458.5290
Facsimile 509.458.5291

November 6, 2012

Designation and Sentence Computation Center
Grand Prairie Office Complex
United States Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

Re: Sandra Irene Duffy
    Case Nos. CR-11-0107-WFN-19
    and CR-12-0017-WFN-1

Dear Sir or Madam:

On November 6, 2012, Ms. Duffy was sentenced to a total of 206 months on her plea of guilty to a drug charge and a charge of escape.

Ms. Duffy acknowledges a longtime serious drug addiction and for that reason requests that she be afforded the opportunity to participate in the BOP 500 hour drug treatment program.

Ms. Duffy has researched BOP facilities and feels that the Danforth, Connecticut facility would be most likely to afford her the vocational and medical programs that she needs and wishes to participate in.

The Court feels that both requests are reasonable and concurs with them.

Very truly yours,

Wm. Fremming Nielsen
Senior U.S. District Judge

L12-11-107-19:jlk

c: Jeffry K. Finer
    Stephanie A. Van Marter
    Brenda G. Challinor